FILED
CLERK, U.S. DISTRICT COURT

AUG 7 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       )   Case No.: 09-1705m
                                )            (03-406-001)
                Plaintiff,      )
                                )
        vs.                     )   ORDER OF DETENTION AFTER HEARING
                                )   [Fed.R.Crim.P. 32.1(a)(6);
Rodolfo Reyna Lopez             )    18 U.S.C. 3143(a)]
                                )
                Defendant.      )
_____)

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Southern District of Texas for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.  [X]  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on _____

1    absence of background
2    unknown sureties
3    immigration status
4    and/or

5  B.   (X)   The defendant has not met his/her burden of establishing by

6    clear and convincing evidence that he/she is not likely to pose

7    a danger to the safety of any other person or the community if

8    released under 18 U.S.C. § 3142(b) or (c).  This finding is based

9    on: Criminal history including violent

10   crimes

11

12

13

14    IT THEREFORE IS ORDERED that the defendant be detained pending

15  the further revocation proceedings.

17  Dated: 8/7/09

19                                    CARLA M. WOEHRLE
20                                 UNITES STATES MAGISTRATE JUDGE